UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 21-CR-2359-JLS |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| ANTHONY PADILLA (1) ADRIANA OLIVAS (2) JAMES MICHAEL CONTRERAS (4) DANIEL PINTO (5) GIOVANNI JUSTINO CORTEZ-VARGAS (6), | ) ) ) ) ) ) | |
| Defendants. | | |

The United States of America and defendants ANTHONY PADILLA (1); ADRIANA OLIVAS (2); JAMES MICHAEL CONTRERAS (4) DANIEL PINTO (5); GIOVANNI JUSTINO CORTEZ-VARGAS (6), jointly move to continue the Motion Hearing/Trial Setting set for April 8, 2022 to May 13, 2022.  The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

For reasons stated in paragraph 3 of the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS ORDERED that the joint motion is granted. The Motion Hearing/Trial Setting shall be continued to May 13, 2022 at 1:45 PM.

IT IS FURTHER ORDERED that the period of delay from the filing of the joint motion until April 8, 2022 shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

Dated: April 6, 2022

Hon. Janis L. Sammartino
United States District Judge